UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELE D. DESTEFANO,

    Plaintiff,

-vs-                                      Case No. 6:09-cv-1595-Orl-28DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This case is before the Court on Plaintiff's Complaint seeking judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for a period of disability and Supplemental Security Income benefits (Doc. No. 1) filed September 15, 2009. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 26) and the Commissioner's Response to Plaintiff's Objection (Doc. No. 27), Plaintiff's Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 5, 2011 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of the Court is directed to enter judgment in favor of the Commissioner and to thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 14 day of February, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party